

# FILED

**NOT FOR PUBLICATION**

FEB 25 2010

UNITED STATES COURT OF APPEALS

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| LUIS FERNANDO IBARRA ARENAS; VERONICA SANDOVAL, | No. 07-70438 |
| Petitioners, | Agency Nos. A095-448-335<br>A095-448-336 |
| v. | |
| ERIC H. HOLDER Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted February 16, 2010[**]

Before:    FERNANDEZ, GOULD, and M. SMITH, Circuit Judges

    Luis Fernando Ibarra Arenas and his wife, Veronica Sandoval, petition for

review of the Board of Immigration Appeals' order dismissing an immigration

---

    [*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

    [**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

NV/Research

judge's ("IJ") decision denying their applications for cancellation of removal. We dismiss the petition for review.

Petitioners contend the IJ applied the incorrect legal standard to their cancellation of removal application by failing to consider all the hardship factors cumulatively. The record belies this contention. Because the IJ applied the correct legal standard, we lack jurisdiction to review the IJ's discretionary hardship determination. *See Mendez-Castro v. Mukasey*, 552 F.3d 975, 980 (9th Cir. 2009); *see also Romero-Torres v. Ashcroft*, 327 F.3d 887, 891 (9th Cir. 2003).

**PETITION FOR REVIEW DISMISSED**.